**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TERESA STEVENS**                                                                                           **PLAINTIFF**

V.                              **CASE NO.: 3:08CV00098- BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                              **DEFENDANT**

### ORDER

Pending is Plaintiff's Motion to Extend Time (docket entry #11). For good cause shown, Plaintiff's motion (#11) is GRANTED. Plaintiff will have up to, and including, October 26, 2008, to file her brief. Defendant will file a brief within forty-two (42) days of the date Plaintiff's brief is served.

IT IS SO ORDERED this 29th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE