**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TERESA STEVENS**                                                           **PLAINTIFF**

**V.**                              **CASE NO. 3:08CV00098 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case,

Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social

Security Administration, and against Plaintiff Teresa Stevens.

IT IS SO ORDERED this 21st day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE